IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRENDA CARPENTER                                                                                       PLAINTIFF

v.                                           Case No. 6:23-cv-06027

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration                                                                        DEFENDANT

## ORDER

  Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 17.  Judge Comstock recommends that the Social Security Administration Commissioner's Unopposed Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 16) be granted, that the decision of the Administrative Law Judge be reversed, and the case be remanded to the Commissioner for further administrative action pursuant to the Sentence Four of 42 U.S.C. § 405(g).

  Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 18) *in toto*.  The Commissioner's Unopposed Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 16) is hereby **GRANTED**.  The Administrative Law Judge's decision is hereby **REVERSED**, and this case is hereby **REMANDED** to the Commissioner for further administrative action pursuant to Sentence Four of section 405(g).

  **IT IS SO ORDERED**, this 1st day of December, 2023.

/s/ Susan O. Hickey_____
Susan O. Hickey
Chief United States District Judge