IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRENDA CARPENTER                                                                          PLAINTIFF

v.                              Case No. 6:23-cv-06027

MARTIN O'MALLEY,
Commissioner,
Social Security Administration                                                            DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 23. Judge Comstock recommends granting Plaintiff's Motion for Attorney Fees (ECF No. 20) and awarding Plaintiff the sum of $5,133.00 for attorney's fees pursuant to the Equal Access to Justice Act (hereinafter "EAJA"), 28 U.S.C. § 2412 and 42 U.S.C. § 406.

No party has filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 23) *in toto*. The Plaintiff's Motion for Attorney Fees (ECF No. 20) is hereby **GRANTED**. Plaintiff is hereby awarded the sum of **$5,133.00** for attorney's fees with this amount paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED**, this 2nd day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge